Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-414-569

**Effective Date of Registration:**
May 14, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | DAN007 New Discoveries |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1995 |
| **Date of 1st Publication:** | January 05, 1995 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kevin Timothy Daniel |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Daniel |
| | 8759 Ridge Ponds Drive, Victoria, MN, 55386, United States |
| **Transfer statement:** | By inheritance |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-583**

**Effective Date of Registration:**
May 14, 2024
**Registration Decision Date:**
September 26, 2024



## Title

| | |
|---|---|
| Title of Work: | 009 Getting The Scent |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2001 |
| Date of 1st Publication: | January 05, 2002 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Kevin Timothy Daniel |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Debra Ann Daniel |
| | 8759 Ridge Ponds Drive, Victoria, MN, 55386, United States |
| Transfer statement: | By inheritance |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Looking Good Licensing, LLC. |
| Name: | Paul Wheeler, Jr. |
| Email: | paul@lookinggoodlicensing.com |
| Telephone: | (802)362-4882 |
| Alt. Telephone: | (860)248-9838 |
| Address: | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-570

**Effective Date of Registration:**
May 14, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | DAN222 Boston Lighthouse |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1993 |
| **Date of 1st Publication:** | January 05, 1994 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Kevin Timothy Daniel |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Daniel |
| | 8759 Ridge Ponds Drive, Victoria, MN, 55386, United States |
| **Transfer statement:** | By inheritance |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-565**

**Effective Date of Registration:**
May 14, 2024
**Registration Decision Date:**
September 26, 2024

## Title

Title of Work: DAN188 Snow Drifters

## Completion/Publication

Year of Completion: 1991
Date of 1st Publication: January 05, 1992
Nation of 1st Publication: United States

## Author

- Author: Kevin Timothy Daniel
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Debra Ann Daniel
8759 Ridge Ponds Drive, Victoria, MN, 55386, United States
Transfer statement: By inheritance

## Rights and Permissions

Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838
Address: P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-408-277**

**Effective Date of Registration:**
June 07, 2024

**Registration Decision Date:**
August 19, 2024

## Title

    **Title of Work:** DAN462-Poker Runs

## Completion/Publication

    **Year of Completion:** 2012
    **Date of 1st Publication:** January 05, 2012
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Kevin Timothy Daniel
    **Author Created:** 2-D artwork
    **Citizen of:** United States
    **Year Died:** 2022

## Copyright Claimant

    **Copyright Claimant:** Debra Ann Daniel
    8759 Ridge Ponds Drive, Victoria, MN, 55386, United States
    **Transfer statement:** By inheritance

## Rights and Permissions

    **Organization Name:** Looking Good Licensing, LLC.
    **Name:** Paul Wheeler, Jr.
    **Email:** paul@lookinggoodlicensing.com
    **Telephone:** (802)362-4882
    **Alt. Telephone:** (860)248-9838
    **Address:** P.O. Box 236
    Manchester, VT 05254 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-588**
**Effective Date of Registration:**
May 14, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** DAN465-John Deere Tractor NEW

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** January 05, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Timothy Daniel
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Debra Ann Daniel
8759 Ridge Ponds Drive, Victoria, MN, 55386, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-563**

**Effective Date of Registration:**
May 14, 2024

**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** DAN013 Crimson Splendor

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** January 05, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Timothy Daniel
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Debra Ann Daniel
8759 Ridge Ponds Drive, Victoria, MN, 55386, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification

Page 1 of 2

